UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:24-cv-62356-LEIBOWITZ/AUGUSTIN-BIRCH

**UNITED STATES OF AMERICA,**

   *Plaintiff*,

v.

**BOSCH MARINE YACHT SERVICES, LLC**
**d/b/a BOSCH MARINE SERVICES,**

   *Defendant.*
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon the Report and Recommendation on Plaintiff's Second Motion for Default Judgment [ECF No. 20] ("R&R"), filed on July 24, 2025, recommending that Plaintiff's Second Motion for Default Judgment [ECF No. 18] be GRANTED. [ECF No. 20 at 1]. The undersigned previously referred the Motion to U.S. Magistrate Judge Augustin-Birch for a report and recommendation, consistent with 28 U.S.C. § 636(b)(1)(B), Federal Rule of Civil Procedure 72, and Rule 1(d) of the Local Magistrate Judge Rules. [ECF No. 19]. Defendant did not file an objection. Having reviewed the Motion, the record, the Report and Recommendation, the governing law and finding no error, it is hereby

   **ORDERED AND ADJUDGED** that:

   1.   The Magistrate Judge's Report and Recommendation [ECF No. 20] is **AFFIRMED** and **ADOPTED** and fully incorporated herein.

   2.   Plaintiff's Second Motion for Default Judgment [ECF No. 18] is **GRANTED.**

   3.   The **Clerk** is instructed to **CLOSE** this case. All existing deadlines are **TERMINATED**, and pending motions, if any, are **DENIED AS MOOT.**

**DONE AND ORDERED** in the Southern District of Florida on August 19, 2025.

_____
DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:     counsel of record